UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DAVID L. ANDERSON,　　　　　　　　　　　　　　　　Civil No. 10-257-HA

　　　Plaintiff,　　　　　　　　　　　　　　　　　　　　ORDER

　　　v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

　　　Defendant.

HAGGERTY, District Judge:

　　　Plaintiff was the prevailing party in this action and his counsel seeks an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Based on the stipulation by the parties, the court awards attorney fees in the amount of $3,678.76.  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, 316 Second Road, Summertown, TN 38483.

　　　IT IS SO ORDERED.

　　　DATED this 28th day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s/ Ancer L. Haggerty
　　　　　　　　　　　　　　　　　　　　　　Ancer L. Haggerty
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1 -- ORDER